Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−19759−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Corado
   166 Marlboro Rd.
   Lawrenceville, NJ 08648

Social Security No.:
   xxx−xx−2730

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 14, 2025.

Dated: January 14, 2025
JAN: dmi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 24-19759-MBK |
|---|---|
| Jose Corado | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2025 | Form ID: plncf13 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Corado, 166 Marlboro Rd., Lawrenceville, NJ 08648-3651 |
| 520462579 | + | Kelly L. Fox, 310 Glenn Avenue, Lawrence township, NJ 08648-3257 |
| 520410918 | | Mercer County Teachers FCU, 2271 State Hwy #33, Suite 108, Trenton, NJ 08690 |
| 520411981 | + | Nicole Webb, 35 Jackson Rd., Medford, NJ 08055-9201 |
| 520424400 | | Sofi Personal Loan Trust 2023-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2025 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2025 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520410912 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 14 2025 20:38:00 | Apple Card, c/o Goldman Sachs Bank, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 520410913 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 14 2025 20:37:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 520410914 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 14 2025 20:38:00 | Barclay Bank Delaware, 700 Prides Crossing, Newark, DE 19713-6109 |
| 520476034 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 20:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520410915 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2025 21:01:24 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 520410916 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2025 21:02:00 | JP Morgan Chase Bank, PO Box 15369, Wilmington, DE 19850 |
| 520449295 | + | Email/Text: RASEBN@raslg.com | Jan 14 2025 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520477282 | ^ | MEBN | Jan 14 2025 20:29:27 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520410917 | | Email/Text: camanagement@mtb.com | Jan 14 2025 20:38:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 520474782 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 20:45:38 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520510210 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 21:01:04 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables, LLC, Resurgent Capital Services 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 520410919 | + Email/PDF: SoFiBKNotifications@resurgent.com | | | |
| | | Jan 14 2025 21:01:25 | SOFI, 2750 E. Cottonwood Pkwy, Salt Lake City, UT 84121-7285 | |
| 520410920 | + Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | Jan 14 2025 21:01:36 | Syncb/PPC, PO BOX 965005, Orlando, FL 32896-5005 | |
| 520410921 | + Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | Jan 14 2025 20:46:41 | Syncb/Syncb Bank Luxury, PO Box 965036, Orlando, FL 32896-5036 | |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520510209 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Debtor Jose Corado laurence.sheller@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4