| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-19759 / MBK**

Jose Corado

Petition Filed Date: 10/01/2024
341 Hearing Date: 10/31/2024
Confirmation Date: 01/08/2025

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/01/2024 | $374.50 | | 11/18/2024 | $374.50 | | 12/02/2024 | $374.50 | |
| 12/13/2024 | $374.50 | | 12/30/2024 | $374.50 | | | | |

**Total Receipts for the Period:  $1,872.50   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $2,247.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose Corado | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Laurence R. Sheller, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $2,563.00 | $0.00 | $2,563.00 |
| 1 | RESURGENT RECEIVABLES, LLC <br> »» SOFI | Unsecured Creditors | $12,956.83 | $0.00 | $12,956.83 |
| 2 | KELLY FOX | Support Arrears | $14,866.34 | $0.00 | $14,866.34 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $674.73 | $0.00 | $674.73 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,885.84 | $0.00 | $10,885.84 |
| 5 | RESURGENT RECEIVABLES, LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,389.32 | $0.00 | $2,389.32 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC <br> »» PAYPAL CREDIT | Unsecured Creditors | $1,577.53 | $0.00 | $1,577.53 |
| 7 | Lakeview Loan Servicing, LLC <br> »» P/166 MARLBORO RD/1ST MTG/ORDER <br> 12/23/24 | Mortgage Arrears | $2,462.87 | $0.00 | $2,462.87 |

**Chapter 13 Case No. 24-19759 / MBK**

| SUMMARY | |
|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | |

| | | | |
|---|---|---|---|
| Total Receipts: | $2,247.00 | Plan Balance: | $42,693.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $749.00 |
| Paid to Trustee: | $190.98 | Arrearages: | $0.00 |
| Funds on Hand: | $2,056.02 | Total Plan Base: | $44,940.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**