UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAURENCE R. SHELLER, ESQ.**
826 Alexander Rd.
Princeton, New Jersey 08540
Telephone (609) 452-7001

Order Filed on June 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Jose Corado

Case No.: 24-19759 (MBK)

Adv. No.:

Hearing Date: 6/4/25
Judge: MBK

Order Modifying Claim 4 of Kelly Fox

The relief set forth on the following pages, numbered two (2) through  2   is hereby **ORDERED**.

**DATED: June 25, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laura Connelly, attorney for the debtor, Jose Corado, for an Order Reclassifying and Modifying Claim 4 of Kelly Fox; and for good and other sufficient cause having been shown:

IT IS ON THIS 25 DAY OF June , 2025, Ordered and Adjudged that:

1. The debtor's objection to the Claim 4 of Kelly Fox be and the same is hereby sustained; and further

2. That the Kelly Fox claim # 4 in the amount of $14866.34 is EXPUNGED; and further

3. That a copy of this Order shall be served on the Chapter 13 Trustee and Kelly Fox within 7 days of debtors's attorney's receipt of same.