UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAURENCE R. SHELLER, ESQ.**
826 Alexander Rd.
Princeton, New Jersey 08540
Telephone (609) 452-7001

Order Filed on June 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Jose Corado

Case No.: 24-19759 (MBK)

Adv. No.:

Hearing Date: 6/4/25
Judge: MBK

Order Modifying Claim 4 of Kelly Fox

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: June 25, 2025**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Lawrence Shelba, attorney for the debtor, Jose Corado, for an Order Reclassifying and Modifying Claim 4 of Kelly Fox; and for good and other sufficient cause having been shown:

IT IS ON THIS 25 DAY OF June, 2025, Ordered and Adjudged that:

1. The debtor's objection to the Claim 4 of Kelly Fox be and the same is hereby sustained; and further

2. That the Kelly Fox claim # 4 in the amount of $14866.34 is EXPUNGED; and further

3. That a copy of this Order shall be served on the Chapter 13 Trustee and Kelly Fox within 7 days of debtors's attorney's receipt of same.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19759-MBK |
| Jose Corado | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 25, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Corado, 166 Marlboro Rd., Lawrenceville, NJ 08648-3651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 27, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Debtor Jose Corado laurence.sheller@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4