Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 24-19759 / MBK**

Jose Corado

Petition Filed Date: 10/01/2024
341 Hearing Date: 10/31/2024
Confirmation Date: 01/08/2025

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $374.50 | | 01/27/2025 | $374.50 | | 02/07/2025 | $374.50 | |
| 02/24/2025 | $374.50 | | 03/07/2025 | $374.50 | | 03/21/2025 | $374.50 | |
| 04/04/2025 | $374.50 | | 04/23/2025 | $374.50 | | 05/02/2025 | $374.50 | |
| 05/16/2025 | $374.50 | | 06/02/2025 | $374.50 | | 06/13/2025 | $374.50 | |
| 06/27/2025 | $374.50 | | 07/14/2025 | $374.50 | | 07/25/2025 | $374.50 | |
| 08/08/2025 | $374.50 | | 08/22/2025 | $374.50 | | 09/08/2025 | $374.50 | |
| 09/19/2025 | $374.50 | | 10/06/2025 | $374.50 | | 10/20/2025 | $374.50 | |
| 10/31/2025 | $374.50 | | 11/17/2025 | $374.50 | | 12/01/2025 | $374.50 | |
| 12/12/2025 | $374.50 | | 12/29/2025 | $374.50 | | 01/09/2026 | $374.50 | |
| 01/26/2026 | $374.50 | | 02/06/2026 | $374.50 | | | | |

**Total Receipts for the Period:  $10,860.50   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,733.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose Corado | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Laurence R. Sheller, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,563.00 | $2,563.00 | $0.00 |
| 1 | RESURGENT RECEIVABLES, LLC<br>»»  SOFI | Unsecured Creditors | $12,956.83 | $538.49 | $12,418.34 |
| 2 | KELLY FOX<br>»»  ORDER 6/25/25 | Support Arrears<br>No Disbursements: Expunged | $4,091.92 | $4,091.92 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $674.73 | $28.04 | $646.69 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,885.84 | $452.43 | $10,433.41 |
| 5 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,389.32 | $99.30 | $2,290.02 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PAYPAL CREDIT | Unsecured Creditors | $1,577.53 | $65.56 | $1,511.97 |
| 7 | Lakeview Loan Servicing, LLC<br>»» P/166 MARLBORO RD/1ST MTG/ORDER<br>12/23/24 | Mortgage Arrears | $2,462.87 | $2,462.87 | $0.00 |
| 0 | Laurence R. Sheller, Esq.<br>»»  ORDER 7/3/25 | Attorney Fees | $350.00 | $350.00 | $0.00 |

**Chapter 13 Case No. 24-19759 / MBK**

| SUMMARY | | |
| --- | --- | --- |

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $12,733.00 | Plan Balance: | $32,596.00 ** |
| Paid to Claims: | $10,651.61 | Current Monthly Payment: | $749.00 |
| Paid to Trustee: | $1,041.02 | Arrearages: | ($749.00) |
| Funds on Hand: | $1,040.37 | Total Plan Base: | $45,329.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**